# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID L. COLLINS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 71449

FILED

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for extraordinary relief entitled "AFFIDAVIT OF TRUTH." Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:  David L. Collins
     Attorney General/Carson City
     Elko County District Attorney
     Elko County Clerk

---

[1]We deny the State's motion to strike as moot.

16-39069